## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTIAN PENIX**                                                                                    **PLAINTIFF**

**v.**                                       **CASE NO: 3:20CV00210-JM-JJV**

**STATE OF ARKANSAS,** *et al.*                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the State of Arkansas, Arkansas Supreme Court, and Defendants Michelle Huff, Harold Erwin, Henry Boyce, and Ryan Cooper are dismissed without prejudice as improperly joined.

2. Defendants State of Arkansas, Arkansas Supreme Court, and Defendants Michelle Huff, Harold Erwin, Henry Boyce, and Ryan Cooper are dismissed as parties from this lawsuit.

3. Plaintiff's claims against Defendants Joe Grider, III, Bobby Glenn, and Sloan Lane are dismissed without prejudice for failure to state a claim on which relief may be granted.

4. Defendants Joe Grider, III, Bobby Glenn, and Sloan Lane are dismissed as parties from this lawsuit.

5. Plaintiff's corrective inaction and failure to train claims against Defendant Martin are dismissed.

6.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 13th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE